IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VIRGINIA ARLENE GOFORTH,

   Plaintiff,

    v.

UNITED STATES,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2637-TWT

**ORDER**

     This is a pro se habeas corpus action by a former federal prisoner. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the action be dismissed based upon the Plaintiff's appeal waiver in her plea agreement and for failure to obtain permission to file a successive Motion to Vacate Sentence. The Plaintiff objects to the Report and Recommendation on the grounds that she was relieved from the appeal waiver by an upward departure from her guideline sentence of 33 months. The objection is without merit. Her guidelines were 33 to 41 months. The 36 month mandatory minimum sentence was within the guidelines range and was not an upward departure. The Court approves and adopts

T:\ORDERS\14\Goforth\r&r.wpd

the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of March, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge